United States District Court
Southern District of Texas
ENTERED

APR 0 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ARMANDO CURIEL-SANCHEZ,
    Petitioner

v.       No. CA B-99-003

E.M. TROMINSKI,
    Respondent.

## MEMORANDUM ORDER

The instant case is one of a series of Petitions for Writs of Habeas Corpus, challenging a final order of deportation issued by the Board of Immigration Appeals under the authority of *Matter of Soriano*, I.D. 3289 (BIA 1996; AG 1997), holding that §440(d) of Antiterrorism and Effective Death Penalty Act, ("AEDPA"), restricting eligibility for relief from deportation under 8 USC §1182(c), applied to all cases pending when it was enacted. The parties designated *Cantu-Salinas et al v. Trominski*, C.A. B-97-183, Hon. Filemon B. Vela, presiding, as the "lead" case in this series, and agreed that the conclusions reached by this Court therein on the jurisdictional issues, and the applicability of AEDPA §440(d), would extend to all the cases in the series.

On August 26, 1998, the Court issued an Order in that case, finding that it had jurisdiction under 28 USC §2241(c)(1) and (c)(3), concluding that Congress did not intend that 8 USC §1252(g) amend 28 USC §2241, and further concluding that Congress did not intend for AEDPA §440(d) to apply to convictions occurring prior to its enactment. Consequently, the Court remanded the case to the Board of Immigration Appeals for reconsideration of its prior decision, in light of the principles articulated therein. *See, Reno v. American-Arab Anti-Discrimination Committee*, _ S.Ct. _, 1999 WL 88922, (U.S. Feb. 24, 1999); *Lerma de Garcia v. INS*, 141 F.3d 215 (5th Cir 1998); *Okoro v. INS*, 125 F.3d 920 (5th Cir 1997); *U.S. ex rel Marcello v. INS*, 634 F.2d 964 (5th Cir. 1981); *Goncalves v. Reno*, 144 F.3d 110 (1st Cir. 1998), cert. denied, 1999 WL 114480 (U.S. March 8, 1999); *Henderson v. INS*, 157 F.3d 106 (2nd Cir. 1998), cert. denied sub nom *Reno v. Navas*, 1999 WL 114489 (U.S. March 8, 1999) (same); *Sandoval v. Reno*, 166 F.3d 225 (3rd Cir. 1999), pet. for rehearing pending; *Heikkila v. Barber*, 345 U.S. 229 (1953); *Plyler v. Doe*, 102 S.Ct. 2382 (1982); *Felker v. Turpin*, 116 S.Ct. 2333 (1996); *Sabino v. Reno*, 8 F.Supp.2d 622 (S.D.Tx. 1998).

IT IS THEREFORE HEREBY ORDERED that the Government's Motion to Dismiss be, and the same hereby is, *DENIED*;

2

IT IS FURTHER ORDERED that the Government's Motion to Hold In Abeyance be, and the same hereby is, *DENIED*;

IT IS FURTHER ORDERED that the instant Petition For Writ of Habeas Corpus be, and the same hereby is, *GRANTED*.

IT IS FURTHER ORDERED that the decision of the Board of Immigration Appeals of November 17, 1998 be *vacated*, and that the case be *remanded* to the BIA for further proceedings consistent herewith.

The Clerk of Court shall send certified copies of the foregoing to all counsel of record.

DONE AT BROWNSVILLE, TEXAS

this 1ST day of APRIL, 1999.

HON. FILEMON B. VELA
Judge Presiding