UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARMANDO CURIEL-SANCHEZ<br>　　Petitioner-Appellee<br><br>vs.<br><br>E.M. TROMINSKI,<br>DISTRICT DIRECTOR, I.N.S.;<br>JANET RENO,<br>U.S. ATTORNEY GENERAL<br>　　Respondents-Appellants | C.A. NO. B-99-003 |

## ORDER

In the above-referenced cause of action, by prior Order, this Court determined that "Congress did not intend for AEDPA § 440(d) to apply to convictions occurring prior to its enactment". The Fifth Circuit Court of Appeals remanded and vacated such determination.

Pursuant to the Fifth Circuit opinion in the instant matter, this Court's Memorandum Order (Doc. # 8) is hereby **VACATED** with regard to the issue of AEDPA § 440 (d) not applying to convictions predating its enactment.

It is so **ORDERED**.

DONE this _16th_ day of May, 2000 in Brownsville, Texas.

　　　　　　　　　　　　　　　　　　　　　　　Filemon B. Vela
　　　　　　　　　　　　　　　　　　　　United States District Judge