18

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARMANDO CURIEL-SANCHEZ, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | C.A. No. B-99-003 |
| | § | |
| E.M. TROMINSKI, | § | |
| INS DISTRICT DIRECTOR, | § | |
| Respondent. | § | |

## ORDER DENYING PETITIONER'S MOTION
## FOR AN EVIDENTIARY HEARING AND DISMISSAL
## OF PETITION FOR HABEAS CORPUS

BEFORE the Court is Petitioner's Motion for an Evidentiary Hearing (Docket No. 13) and Respondent's Renewed Motion to Dismiss (Docket No. 17). After due consideration of the arguments of Petitioner and Respondent, and in light of the Fifth Circuit's Order (Docket No. 10) remanding the above styled cause to this Court for further proceedings in accordance with the Fifth Circuit's Opinion (Docket No. 9), this Court finds that Respondent's Renewed Motion to Dismiss should be GRANTED.

It is therefore, ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion for an Evidentiary Hearing is DENIED.

It is further ORDERED, ADJUDGED, AND DECREED that the Petition for Habeas Corpus is DISMISSED.

SIGNED this the 19th day of September, 2000, in Brownsville, Texas.

Honorable Filemon B. Vela
United States District Judge