# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 00-41239
Summary Calendar

D.C. Docket No. B-99-CV-3

**U.S. COURT OF APPEALS
FILED
JUL 2 4 2001
CHARLES R. FULBRUGE III
CLERK**

ARMANDO CURIEL-SANCHEZ

　　　　Petitioner - Appellant

v.

E M TROMINSKI, District Director, INS; JOHN ASHCROFT, U S Attorney General; UNITED STATES OF AMERICA

　　　　Respondents - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is vacated, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

ISSUED AS MANDATE: SEP 17 2001

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
　　　　　　Deputy
New Orleans, Louisiana

SEP 17 2001

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

September 17, 2001

United States District Court
Southern District of Texas
RECEIVED

SEP 1 9 2001

Michael N. Milby, Clerk

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 00-41239 Curiel-Sanchez v. Trominski
        USDC No. B-99-CV-3

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 1 ) Volume     (   ) Envelopes     (   ) Boxes


                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk


                              By: _____
                                  Dianah Buttone, Deputy Clerk
                                  504-589-6514 ITCM # 200

cc: (letter only)
    Honorable Filemon B Vela
    Ms Lisa S Brodyaga
    Ms Cathy Appling

MDT-1