22

In the United States District Court
for the Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
ENTERED

OCT 23 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **Armando Curiel-Sanchez** | § | |
| *petitioner,* | § | |
| | § | |
| v. | § | No. 1:99cv003 |
| | § | |
| **E. M. Trominiski, District Director, Ins; John Ashcroft, U. S. Attorney General; Unites States of America,** | § § § | |
| *respondents.* | § | |

### Order

In light of the United States Fifth Circuit Court of Appeals' 24 July 2001 ruling in this case, this Court's original judgment of 6 April 1999 is **Reinstated**.

Signed this the 22ⁿᵈ day of October, 2001

Filemon B. Vela
United States District Judge